No. 75–5997. Smith *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 75–5999. Wood *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 75–6000. Ceja-Martinez *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 75–6003. Bender *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 75–6007. Smith *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 75–6014. Pryor *v.* United States. C. A. D. C. Cir. Certiorari denied.

No. 75–6016. Clay *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 75–6017. Ray *v.* Tennessee Valley Authority et al. C. A. 5th Cir. Certiorari denied.

No. 75–6018. Fontaine *v.* United States. C. A. 6th Cir. Certiorari denied.

No. 75–6026. Morgan *v.* Montanye, Warden, et al. C. A. 2d Cir. Certiorari denied.

No. 75–6033. Oliver *v.* United States. C. A. 8th Cir. Certiorari denied.

No. 75–6047. Atkinson *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 75–6088. Grose *v.* United States. C. A. 7th Cir. Certiorari denied.